Edward Davis, Respondent, v. Merchants Exchange National Bank, Appellant, Impleaded with Another.— Order and judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

The People of the State of New York ex rel. Mary Bartholomew, Appellant, v. Municipal Civil Service Commission, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Evelyn de Cordova, as Executrix, etc., Appellant, v. Arthur J. Sanville, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Silas I. Atwater, Respondent, v. Moses H. Duryea and Another, Impleaded with William E. Fielding, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

William J. Esterman, Respondent, v. Lewis Curth and Others, Appellants. Edith J. Esterman, Respondent, v. Lewis Curth and Others, Appellants. Herman Edson, Respondent, v. Lewis Curth and Others, Appellants. Mollie Lewis, Respondent, v. Lewis Curth and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Annie Belleville Hunter, Appellant, v. Frederick William Hunter, Respondent.— Order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Victoria Skonieczny, an Infant, etc., Respondent, v. Frank Donato, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Frederick Zittel & Sons, Appellant, v. John Weber, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

John D. Ostrander, as Administrator, etc., Respondent, v. Holbrook, Cabot & Rollins Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Daniel Donovan, as Administrator, etc., Respondent, v. George W. Dougherty and Another, Doing Business under the Firm Name, etc., Respondents, and Westchester Avenue Bank, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.